# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS WYNNYCKY,<br>  Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>  Defendant. | CV 20-1678 DSF (KSx)<br><br>JUDGMENT |

 The Court having granted a motion to dismiss and Plaintiff having not amended his complaint within the time allowed by the Court,

 IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to 28 U.S.C. § 1919.

Date: May 21, 2020

            _____
            Dale S. Fischer
            United States District Judge